PENALTY SLIP

**NAME:** JOSE TRINIDAD-LARA

**DOB:**

**NUMBER OF COUNTS:** _____1_____

**Vio:** 8 U.S.C. § 1326 - Alien in United States After Deportation

**Penalty:** CAG 20 years, $250,000 fine, or both with 3 years supervised release and a $100.00 special assessment.

Case No. **CR-06-6026-RHW**
USA Initials: _SJA_